# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145921

COUNTY OF MASON,
            Plaintiff-Appellee,

v

INDIAN SUMMER COOPERATIVE, INC.,
d/b/a MASON COUNTY FRUIT PACKERS
COOPERATIVE, INC., d/b/a MASON
COUNTY FRUIT PACKERS, INC., d/b/a
MASON COUNTY FRUIT PACKERS
CO-OP, INC.,
            Defendant-Appellant.

SC: 145921
COA: 301952
Mason CC: 10-000202-CE

_____/

      On order of the Court, the application for leave to appeal the August 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2013 _____ _____
                                                     Clerk

h0424